396 A.2d 825

Commonwealth v. Milligan, Appellant.

Argued October 25, 1978.  Patrick McFalls, Assistant Public Defender, for appellant;  Robert E. Colville, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

396 A.2d 825

Commonwealth v. Murphy, Appellant.

Argued October 24, 1978.  Charles F. Gilchrest, for appellant;  David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgments of sentence affirmed.